UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER M. HERNANDEZ,

    Plaintiff,

v.

CORIZON HEALTH CARE,[1] et al.,

    Defendant.
_____/

Case No. 24-cv-12847
Honorable Linda V. Parker

## OPINION AND ORDER

This matter is before the Court on Plaintiff Christopher Hernandez's pro se civil rights complaint brought pursuant to 42 U.S.C. § 1983, which alleges that he received improper medical care for his ankle injury in violation of the Eighth Amendment and Michigan state laws. (ECF No. 1.) Mr. Hernandez is currently incarcerated at Ionia Corrections Facility in Ionia, Michigan. (*See id.*)

When Mr. Hernandez filed the complaint, he did not pay the required filing and administrative fees, nor did he submit an application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order on October 31, 2024, requiring him to (1) pay the filing fee and administrative fee or (2) submit a properly completed application to

---

[1] Corizon Health Care's name is misspelled in the complaint as Korizon Health Care.

proceed without prepayment of the filing fee within thirty days of the date of the notice (by December 2, 2024). (ECF No. 3.) The order provided that if he did not do so, his case would be dismissed. (*Id*.) Because Mr. Hernandez did not correct the deficiency within the time allotted, the Court orders his case dismissed.

Accordingly,

**IT IS ORDERED** that Mr. Hernandez's complaint is **DISMISSED WITHOUT PREJUDICE**.

           s/ Linda V. Parker
           LINDA V. PARKER
           U.S. DISTRICT JUDGE

Dated: December 19, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 19, 2024, by electronic and/or U.S. First Class mail.

           s/Aaron Flanigan
           Case Manager